IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                       **Case No. 09-40011-01-RDR**

JASMIN ROSE GARTLAND,

        Defendant.

### **O R D E R**

This matter is presently before the court upon defendant's motion to continue her sentencing hearing. The defendant seeks a continuance of no less than thirty days. The defendant notes that the government has no objection to this motion. Having carefully considered the motion, the court is now prepared to rule.

For the reasons stated, the court shall continue the defendant's sentencing hearing. The court shall continue the hearing to December 2, 2010 at 9:30 a.m.

**IT IS THEREFORE ORDERED** that defendant's motion to continue sentencing hearing (Doc. # 41) be hereby granted. The sentencing hearing shall be continued to December 2, 2010 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated this 27th day of October, 2010 at Topeka, Kansas.

                                          s/Richard D. Rogers
                                          United States District Judge