IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICAN
    Plaintiff,

v.                                                      Case No. 09-CR-40011-RDR

JASMIN ROSE GARTLAND,
    Defendant.

## ORDER CONTINUING SENTENCING

Now on this 1st day of December, 2010 comes before the Court defense counsel's *Motion to Continue Sentencing*. There are no personal appearances.

For good cause shown and finding no objection by either of the parties, the Court finds that the sentencing in this matter should be continued. **Sentencing is rescheduled for January 6, 2011 at 10:30 a.m..**

**IT IS SO ORDERED.**

                                                      s/ Richard D. Rogers
                                                      Honorable Richard D. Rogers
                                                      United States District Judge