IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

        Plaintiff,

v.                                  Case No. 09-CR-40011-RDR

JASMIN ROSE GARTLAND,

        Defendant.

**ORDER CONTINUING SENTENCING HEARING**

Now on this 3rd day of January, 2011, comes before the Court defendant's motion to continue sentencing. There are no personal appearances. For good cause shown and finding no objection by either of the parties, the Court finds that the sentencing in this matter should be continued. Sentencing is rescheduled for January 20, 2011 at 10:30 a.m.

**IT IS SO ORDERED.**

                          s/Richard D. Rogers
                          United States District Judge